[6237ord01] [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                        Case No. 6:04−bk−00281−ABB
                                                                                              Chapter 7

Alejandro Toro
P O Box 161361
Altamonte Springs, FL 32716

Elsie Toro
P O Box 161361
Altamonte Springs, FL 32716

                    Debtor(s)            /

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Scott R Fransen, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate. . Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.

        DONE AND ORDERED on May 27, 2004 .

                                                                              _____
                                                                              Arthur B. Briskman
                                                                              United States Bankruptcy Judge